ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| BAE Systems Norfolk Ship Repair | ) ASBCA No. 62707-ADR |
| | ) |
| Under Contract No. N00024-17-C-4409 | ) |

APPEARANCES FOR THE APPELLANT:    Barbara A. Duncombe, Esq.
Brandon E. Dobyns, Esq.
Sean A. Graves, Esq.
  Taft Stettinius & Hollister LLP
  Indianapolis, IN

James A. Kelley, Esq.
  James A. Kelley & Associates
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
  Navy Chief Trial Attorney
Devin Wolak, Esq.
  Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  March 29, 2022

_____
HEIDI L. OSTERHOUT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62707-ADR, Appeal of BAE Systems Norfolk Ship Repair, rendered in conformance with the Board's Charter.

Dated:  March 29, 2022

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals